In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of CHARLES SWEENEY, Deceased.— Decree and order of the Surrogate's Court of Wetchester county affirmed, with costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

HERMANN KLUVER, Respondent, v. WILLIAM PARKINSON MOTOR SALES COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

AMELIA MEYERS, Respondent, v. THE BROOKLYN UNION GAS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

NATIONAL FILTER CLOTH AND WEAVING COMPANY, Appellant, v. MARIANO MORA and Another, Copartners, etc., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

PEPPARD REALTY COMPANY, INC., Appellant, Respondent, v. EMIL F. EMDON, Respondent. EMMA L. BUSH and Another, Appellants.— Order of substitution reversed upon the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the present board of directors of the plaintiff to intervene by interposing an answer, within ten days, alleging the invalidity of the assignment to Emma L. Bush; that upon that issue a separate trial be first had at Special Term, and in the event of such issue being determined adversely to said Emma L. Bush the motion to substitute attorneys may be renewed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

THOMAS L. PURDY, Sole Surviving Executor and Trustee, etc., of MARY W. PURDY, Deceased, Respondent, v. PORT CHESTER HYGEIA ICE COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. 1400 PACKAGES CONTAINING SCOTCH WHISKY, etc., Seized from JOHN ALOISE, Appellant.— Order of the County Court of Queens county reversed on the law and the facts, upon the ground that there was an unreasonable delay in the issuance of the notice required by statute* (*People* v. *Diamond*, 233 N. Y. 130), and motion granted to the extent of directing the return of the property seized. Manning, Young and Kapper, JJ., concur; Kelly, P. J., and Kelby, J., dissent upon the ground that on the record in this case this court should not interfere with the finding of the county judge that the delay in issuing the notice was not unreasonable, and that the claim of ownership advanced by the appellant was incredible on its face. Settle order on notice before Mr. Justice Young.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NEW YORK TRANSIT AND TERMINAL COMPANY, LIMITED, and Others, Respondents. (Action No. 1.) — Judgment and order unanimously affirmed, with costs, on the opinion of Mr. Justice Lewis at Trial Term. [Reported in 118 Misc. Rep. 686.] Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

* See Code Crim. Proc. § 802-b, as added by Laws of 1921, chap. 156, known as the State Prohibition Enforcement Act. See, also, footnote, *ante*, p. 648.— [REP.